MARGARET EMMONS, as Limited Administratrix of the Estate of STEPHEN EMMONS, Deceased, Respondent, *v.* ISIDORE HIRSCHBERGER et al., Copartners under the Name of MARKET TRUCKING COMPANY, Defendants.

DAVID HIRSCHBERGER, Individually, et al., Appellants.

Submitted October 1, 1945; decided October 11, 1945.

*Leonard Wolfram* for motion.
*Samuel E. Swiggett* opposed.

Motion denied, with $10 costs.